UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20924-CIV-ALTONAGA/Torres

**YORKS CANCHARI**,

    Plaintiff,

v.

**REVCO SOLUTIONS, INC.**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On March 10, 2021, Plaintiff, Yorks Canchari, served copies of the summons and Complaint [ECF No. 1] on Defendant, Revco Solutions, Inc. (*See* Aff. of Service [ECF No. 5]). To date, Defendant has not entered its appearance in this action or responded to the Complaint.

    Accordingly, Defendant, Revco Solutions, Inc., shall respond to the Complaint **[ECF No. 1]** by **April 5, 2021**, failing which Plaintiff will be instructed to seek a Clerk's default.

    **DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2021.

                                                  **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record