UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21 cv 20924

YORKS CANCHARI,

    Plaintiff,

v.

REVCO SOLUTIONS, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, YORKS CANCHARI, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding the case and are presently drafting, finalizing and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 9, 2021

        Respectfully submitted,

        JOSE M. FRANCISCO, P.A.
        Attorneys for Plaintiff
        8660 West Flagler Street
        Suite 100
        Miami, Florida  33144
        Tel: (305) 649-2213 ext. 1018
        Email: josefrancisco@jmflawyers.com
                rafael@jmflawyers.com
                spenceremison@jmflawyers.com
                litigationsec5@jmflawyers.com

        By: __*/s/ Jose M. Francisco*__
            JOSE M. FRANCISCO
            Fla. Bar #0892874

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2020 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Jose M. Francisco*

Case No.: 1:21 cv 20924
Page 3 of 3

## **SERVICE LIST**

Audra Funk, Esq.
Revco Solutions, Inc.
Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL  32301
audra.funk@revcosolutions.com